# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NUMBER: **10-12251** |
| JACQUELINE K. BROWN ) | Chapter 7 Proceeding |
| MONDE DIXON ) | |
| Debtor(s) ) | Judge: PAT E. MORGENSTERN-CLARREN |
| ) | |

## Motion for Order on Debtor to Turnover Property

Now comes Virgil E. Brown, Jr, Trustee in the above mentioned case and hereby moves this Honorable Court for an Order upon the Debtor, *JACQUELINE K. BROWN and MONDE DIXON*, to Turnover to him certain property or the value thereof, and respectfully represents to the Court as follows:

I. That he is the duly appointed Trustee in the above-captioned proceedings, which were commenced by the filing on 03/18/10 of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

II. That at all times relevant to these proceedings, the Debtor(s), JACQUELINE K. BROWN AND MONDE DIXON were owners of the following items of property: funds received post-prepetition from a pre-petition claim.

III. That the asset(s) described above is/are property of the within Estate as defined in Section 541 of the Bankruptcy Code.

IV. That said asset(s) should be turned over to the Trustee.

Wherefore your Trustee prays for an Order directing the Debtor(s) JACQUELINE K. BROWN and MONDE DIXON to turnover $1,981.14 to Virgil E. Brown, Jr., at 2136 Noble Road, Cleveland, Ohio.

Respectfully submitted,

/s/Virgil E. Brown, Jr.
_____
Virgil E. Brown, Jr.(0003675)
Attorney for Trustee
2136 Noble Road
Cleveland, Ohio 44112
(216) 851-3304
(216)851-2900 Fax
vbrown@epitrustee.com

## NOTICE OF HEARING

Please take notice that the foregoing Motion will be on for hearing on December 2. **at 8:30 am in Courtroom 2A**, in the United States Bankruptcy Court lactated at 201 Superior Ave., Cleveland, Ohio 44114.

The above hearing is schedule to consider the Motion and any written objection which is filed and served no later than seven (7) calendar days preceding the date scheduled for such hearing. If no objection are filed and served within such time, the Motion may be granted without hearing. The Court from time to time without further notice may adjourn the hearing..

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion for Order on Debtor to Turn over Personal Property was served electronically or mailed by regular U. S. Mail postage prepaid, this October 30, 2010 to the following:

**Debtor**
MONDE DIXON
JACQUELINE K. BROWN
5409 ORCHARD ST.
MAPLE HEIGHTS, OH 44137-3317

**Attorney for Debtor**
ECF
STEVEN EMERY, Esq
614 West Superior Avenue
Suite 1212
Cleveland, Ohio 44113
*Email*:

**Office of the U. S. Trustee**
Via ECF


/s/ Virgil E. Brown, Jr
Virgil E. Brown, Jr.
2136 Noble Rd.
Cleveland, Oh 44112