IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-12251 |
| | : | Chapter 7 Proceeding |
| Jacqueline K. Brown, | : | |
| Monde Dixon | : | |
| | : | |
| Debtor(s) | : | Judge: Morgenstern-Clarren |
| | : | **Motion of Trustee for Authority to** |
| | : | **Compromise and Settle Claim** |

Now comes Virgil E. Brown, Jr., Trustee, by and through his attorney, and moves this Court for an Order authorizing him to compromise and settle a claim.

1) On or about March 18, 2010, the Debtors filed a voluntary Petition for relief under Chapter 7 of the Bankruptcy Code. Virgil E. Brown, Jr., was appointed Interim Trustee.

2) Debtors at the time of filing the Petition, had a claim pending known as Case CVG 0902711 in Garfield Heights Municipal Common for unpaid rent.

3) Trustee has obtained a settlement offer of $1,350.00 and recommends the acceptance of the settlement as a fair and reasonable amount.

4) As a result of the additional cost and delays in administration of the Estate, the Trustee believes he should be authorized to compromise the claim and settle it at this time.

The undersigned Trustee, Virgil E. Brown, Jr., hereby makes this request for authority, including authority to execute releases and endorse settlement checks and other documents related to the administration of the estates in these proceedings.

There is currently on hand approximately $1,190.59.

Wherefore the applicant requests that he be authorized to settle and compromise the claim, execute the related releases, endorse the settlement checks, pay attorney fees and such other relief the Court deems just. The Court shall retain jurisdiction over the balance of the funds.

Submitted by:

\s\ Virgil E. Brown, Jr.
Virgil E. Brown, Jr. (0003675)
Trustee
2136 Noble Road
Cleveland, Ohio 44112
216/851-3304; 216/851-2900 (fax)
vbrown@epitrustee.com

### Notice of Hearing

Please take notice that the foregoing Motion will be on for hearing on the 13th day of January, 2011 at 08:30 o'clock, AM in Courtroom 2A, United States Bankruptcy Court, 201 Superior Avenue, Cleveland, Ohio 44114.

The above hearing is scheduled to consider the Motion and any written objections which are filed and served no later than seven (7) calendar days preceding the date scheduled for such hearing. If no objections are filed and served within such time, the Motion may be granted without hearing. The hearing may be adjourned by the Court from time to time without further notice.

### Certificate of Service

A copy of the foregoing Motion was served this 4th day December, 2010 by regular mail or electronic service upon the following:

See attached mailing list.

Okemah Gaines
301 Lee Road
Cleveland, Ohio 44146-3365

Label Matrix for local noticing
0647-1
Case 10-12251-pmc
Northern District of Ohio
Cleveland
Sat Dec 4 13:25:12 EST 2010

Howard M. Metzenbaum U.S. Court House
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114-1243

AT&T
PO Box 8100
Aurora, IL 60507-8100

Aaron's
5420 Northfield Rd.
Maple Heights, OH 44137-3113

Akron Billing Center
2620 Ridgewood Rd
Akron, OH 44313-3527

Alliance One
4850 Street Rd.
Suite 300
Trevose, PA 19053-6643

Asset Acceptance
P.O. Box 2036
Warren, MI 48090-2036

Bally Total Fitness
12440 Imperial Hwy Suite 300
Norwalk, CA 90650-3178

Barclay's Bank Delaware
125 S. West St.
Wilmington, DE 19801-5014

CANDICA L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

CSEA
1640 Superior Ave
P.O. Box 93318
Cleveland, OH 44101-5318

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130-0281

Card Works Servicing
P.O. Box 5721
Hicksville, NY 11802-5721

Charter One
1215 Superior Ave.
Cleveland, OH 44114-3299

City of Cleveland Dept of Taxation
1701 Lakeside Ave.
Cleveland, OH 44114-1118

Csiszar Construction LLC
c/o Beth Csiszar
3767 Paradise Rd
Medina, OH 44256-7405

Cuyahoga CSEA
P.O. Box 93318
1640 Superior Avenue
Cleveland, Ohio 44114-2908

Div. of Parole and Comm. Service
c/o Timothy M. Sullivan, Esq.
25651 Detroit Rd, Ste 203
Westlake, OH 44145-2415

Dominion East Ohio
P.O. Box 26785
Richmond, VA 23261-6785

EOS CCA
P.O. Box 5012
Norwell, MA 02061-5012

FJ Corrigan Funeral Services
27099 Miles Rd.
Chagrin Falls, OH 44022-2130

Ford Motor Credit
P.O. Box 17948
Greenville, SC 29606-8948

HSBC
P.O. Box 5222
Carol Stream, IL 60197-5222

Helvey and Associates Inc
1015 E Center St
Warsaw, IN 46580-3420

Household Bank
P.O. Box 5222
Carol Stream, IL 60197-5222

Huntington National Bank
P.O. Box 89424
Cleveland, OH 44101-6424

JC Penney
P.O. Box 960001
Orlando, FL 32896-0001

James Brown
13600 Eastwood Blvd.
Garfield Heights, OH 44125-6045

Marymount Hospital
P.O. Box 931260
Cleveland, OH 44193-0004

Meade and Associates
737 Enterprise Drive
Westerville, OH 43081-8850

Merrick Bank
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Metrohealth
PO Box 73682
Cleveland, OH 44193-1191

National Enterprise Systems
29125 Solon Rd
Solon, OH 44139-3442

(p)NATIONWIDE INSURANCE
SERVICE OF PROCESS TEAM
ONE NATIONWIDE PLAZA
MAIL CODE 1-30-403
COLUMBUS OH 43215-2226

Northstar Location Services
4285 Genesee St.
Cheektowaga, NY 14225-1943

Ohio State University Hospital
Dept. 0932
Columbus, OH 43271-0932

PHARIA L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Park Medical Center
1492 E. Broad Street
Columbus, OH 43205-1546

Prompt Recovery Service
P.O. Box 940
Twinsburg, OH 44087-0940

Rad Air
767 North Court St.
Medina, OH 44256-1749

(p)REGIONAL INCOME TAX AGENCY
PO BOX 470537
ATTENTION LEGAL DEPARTMENT
BROADVIEW HEIGHTS OH 44147-0537

Revenue Recovery Services
Collections Enforcement
150 E. Gay St., 21st Fl.
Columbus, OH 43215-3191

SUNTRUST MORTGAGE INC
BANKRUPTCY DEPARTMENT RVW 3034
P.O BOX 27767
RICHMOND VA 23261-7767

Sterling Jewelers
375 Ghent Rd
Akron, OH 44333-4601

Stoneleigh Recovery Associates
P.O. Box 1441
Lombard, IL 60148-8441

Suntrust Mortgage
P.O. Box 79041
Baltimore, MD 21279-0041

The Limited
P.O. Box 182507
Columbus, OH 43218-2507

The Plain Dealer
1801 Superior Ave
Cleveland, OH 44114-2198

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Jacqueline K. Brown
5409 Orchard St.
Maple Heights, OH 44137-3317

Monde Dixon
5409 Orchard St.
Maple Heights, OH 44137-3317

Steven Emery
614 W. Superior Ave.
Suite 950
Cleveland, OH 44113-1346

Virgil E Brown Jr
2136 Noble Road
Cleveland, OH 44112-1736

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationwide Insurance
One Nationwide Plaza
Columbus, OH 43215

Regional Income Tax Agency
P.O. Box 94951
Cleveland, OH 44101-4951

US Bank
P.O. Box 5227
Cincinnati, OH 45201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Division of Parole & Community Services    (u)Ford Motor Credit Company LLC    (d)Asset Acceptance LLC
                                                                                    Po Box 2036
                                                                                    Warren MI 48090-2036

End of Label Matrix
Mailable recipients    52
Bypassed recipients     3
Total                  55