This document was signed electronically on January 18, 2011,
which may be different from its entry on the record.

IT IS SO ORDERED.



_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

Dated: January 18, 2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No: 10-12251 |
|    Jacqueline K. Brown | ) | |
|      Monde Dixon | ) | Judge Morgenstern-Clarren |
|      Debtor(s) | ) | Chapter 7 |
| | ) | Agreed Order |
| | ) | |

Now comes the Trustee and hereby notifies the Court that he has reached an agreement with Okemah Gaines regarding Trustee's Motion To Compromise. The parties agree that Okemah Gaines shall turnover the total sum of One Thousand Three Hundred Fifty Dollars and No cents ($1,350.00) by paying Seventy Five Dollars per month starting December 1, 2010. Should Okemah Gaines pay Trustee per this schedule it shall satisfy the debt and balance owing Debtors and the Estate.

# # #

Submitted By:
/s/Virgil E. Brown Jr.　　　　　　　/s/ Okemah Gaines
Virgil E. Brown, Jr. Esq. (0003675)
Attorney For Trustee
Virgil E. Brown, Jr.(0003675)　　　301 Lee Road
Attorney for Trustee　　　　　　　　Suite 5
2136 Noble Road　　　　　　　　　Cleveland, Ohio 44146
Cleveland, Ohio 44112
(216) 851-3304

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Order was mailed or served electronically to the following.

Virgil Brown
2136 Noble Road
Cleveland, OH 44112

U. S. Trustee
Room 441
201 Superior Avenue
Cleveland, OH 44114

Okemah Gaines
301 Lee Road
Suite 5
Cleveland, Ohio 44146

Submitted By:
/s/Virgil E. Brown Jr.
Virgil E. Brown, Jr. Esq. (0003675)
Attorney For Trustee
Virgil E. Brown. Jr.(0003675)
Attorney for Trustee
2136 Noble Road
Cleveland. Ohio 44112
(216) 851-3304

/s/ Okemah Gaines

301 Lee Road
Suite 5
Cleveland, Ohio 44146

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Order was mailed or served electronically to the following.

Virgil Brown
2136 Noble Road
Cleveland. OH 44112

U. S. Trustee
Room 441
201 Superior Avenue
Cleveland. OH 44114

Okemah Gaines
301 Lee Road
Suite 5
Cleveland. Ohio 44146